Clever Truths Publishing Company, appellee, v. J. O. Stoll, trading as J. O. Stoll Company, appellant.   Gen. No. 32,841.

Opinion filed November 27, 1928.

Crowe & Kolb and William J. Lancaster, for appellant; William J. Lancaster, of counsel.   Campbell & Fischer, for appellee; Carlton L. Fischer, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

The Foreman Trust & Savings Bank, administrator of the estate of Arnold Szambelanczyk, deceased, appellant, v. Albert Rossi, appellee. Gen. No. 32,881.

Opinion filed November 27, 1928.

Axelrod & Steinberg, for appellant.   Green & Rice, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

Harry T. Vinnedge et al., appellees, v. Mystic Workers of the World et al., appellants.   Gen. No. 32,910.

Opinion filed November 27, 1928.

William C. Hartray, Charles E. Sturtz, Lee E. Joslyn and George R. Allen, for appellants; Arthur H. Cheltlain, of counsel.   David D. Stansbury, Jacob Cantlen and Richard H. Welsh, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

Charles F. Lobell et al., trading as Lobell, Bellows and Lobell, appellants, v. Margaret Brookhouse Levy, appellee.   Gen. No. 31,630.

Opinion filed November 27, 1928.

Morris & Allen, for appellants.   No appearance for appellee.

Mr. Justice Scanlan delivered the opinion of the court.